*Michael L. Moscowitz*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided October 12, 2000

STATE OF CONNECTICUT *v.* CECIL LIPSCOMB

The Supreme Court docket number is SC 16395.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

Decided October 12, 2000

JACOB CARATTINI *v.* COMMISSIONER OF
CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mark Diamond*, special public defender, in support of the petition.

*Linda N. Howe,* assistant state's attorney, in opposition.

Decided October 12, 2000

ELLEN BERTY *v.* DENNIS GORELICK ET AL.

DENNIS GORELICK ET AL. *v.* EMILY MONTANARO

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mark M. Kratter,* in support of the petition.

*Michael Jankovsky,* in opposition.

Decided October 12, 2000

PETER ROCK ASSOCIATES *v.* TOWN OF
NORTH HAVEN

*Jack G. Steigelfest* and *John Stephen Papa,* in support of the petition.

*Jeffrey M. Donofrio,* in opposition.

Decided October 12, 2000

FRANK CARPENTER *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.